UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-2750(DSD/RLE)

Roger K. Lunsford, Calvin
Smith, George Eiland,
Errell Heflin, Vincent Garner,
Mike Clarke, and Anthony Louder,

       Plaintiffs,

v.                                           **ORDER**

RBC Dain Rauscher CS, Tom
Leechin, Lori LeBarge,
Scott Bennett, of Nations
Financial Group and Nations
Financial Group, Inc.,

       Defendants.

     This matter is before the court upon plaintiffs' pro se objections to the report and recommendation of Chief Magistrate Judge Raymond L. Erickson dated August 18, 2006. In his report, the magistrate judge recommends that defendants' joint motions to stay litigation, compel arbitration and dismiss the claims of plaintiff Vincent Garner be granted. The magistrate judge further recommends that plaintiffs' motion to amend their complaint be granted.

     The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Plaintiffs object to the report and recommendation on several grounds but provide no apposite legal authority that supports their contentions. The court finds that the report and

recommendation of the magistrate judge is well reasoned and correctly disposes of defendants' and plaintiffs' motions. Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 72] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' joint motion to dismiss the claims of plaintiff Vincent Garner [Doc. No. 44] is granted.

2. Defendants' joint motion to stay proceedings and compel arbitration [Doc. No. 44] is granted.

3. Plaintiffs' motion to amend their complaint [Doc. No. 49] is granted.

Dated:  September 28, 2006

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court